No. 705. FEDERAL NATIONAL BANK *v.* NEW YORK LIFE INSURANCE Co. February 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mark Goode* for petitioner. *V. P. Crowe* for respondent.

No. 715. BLACKFORD ET AL. *v.* POWELL ET AL., RECEIVERS. February 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *R. Bayly Chapman* for petitioners. *Leonard D. Adkins, Edwin S. S. Sunderland, W. R. C. Cocke* and *Harold J. Gallagher* for respondents.

No. 620. BAILEY *v.* FLORIDA. February 4, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. *Wm. W. Flournoy* for petitioner.

No. 649. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. February 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

No. 689. BRIDGES *v.* RAGEN, WARDEN. February 4, 1946. Petition for writ of certiorari to the Circuit Court of Vermilion County, Illinois, denied.

No. 706. EAGLE *v.* CHERNEY ET AL. February 4, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.